UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-MJ-224-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING ADMISSION |
| | ) | *PRO HAC VICE* |
| ALI FAYEZ NASRALLAH, | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 4) concerning Peter Verby, filed January 25, 2011. Mr. Verby seeks to appear as counsel *pro hac vice* for Defendant Ali Fayez Nasrallah.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Verby is admitted to appear before this court *pro hac vice* on behalf of Defendant Ali Fayez Nasrallah.

**SO ORDERED**.

Signed: January 26, 2011

David C. Keesler
United States Magistrate Judge